United States District Court
Northern District of Illinois

1:21-cv-04033

Jodi Cashman, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -

Ferrara Candy Company,

                Defendant

Notice of Voluntary Dismissal

      Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   September 23, 2021

                                            Respectfully submitted,

                                            Sheehan & Associates, P.C.

                                            /s/Spencer Sheehan
                                            Spencer Sheehan
                                            60 Cuttermill Rd Ste 409
                                            Great Neck NY 11021-3104
                                            Tel: (516) 268-7080
                                            Fax: (516) 234-7800
                                            spencer@spencersheehan.com